# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANE CAMPBELL,<br><br>        Plaintiff,<br><br>   v.<br><br>JERRY BROWN, et al.,<br><br>        Defendant.<br>_____/ | CASE NO. 1:10-cv-02410-OWW-GBC (PC)<br><br>ORDER TO SHOW CAUSE RE PETITIONER'S FAILURE TO RESPOND TO THE COURT'S SECOND ORDER REGARDING CONSENT OR REQUEST TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(Doc. 3)<br><br>RESPONSE DUE IN 30 DAYS |

On January 6, 2011, the court issued an order to submit an application to proceed in forma pauperis or to submit the filing fee, which required plaintiff to do so within forty-five (45) days. The forty-five (45)-day period has expired, and plaintiff has not complied with, or otherwise responded to the court's order.

Local Rule 110 provides that "failure of counsel or of a party to comply with these [Local] Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Such sanctions can include dismissal of this action. *See In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226-27 (9th Cir. 2006).

///

///

///

1  Based on the foregoing, it is HEREBY ORDERED that within **thirty (30) days** from the date
2 of service of this order, petitioner shall submit an application to proceed in forma pauperis or to
3 submit the filing fee, a copy of which is attached hereto, or show cause, in writing, why sanctions
4 should not be imposed for petitioner's failure to obey a court order.

6  IT IS SO ORDERED.

7 Dated:   March 11, 2011
8                                                                  UNITED STATES MAGISTRATE JUDGE